Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CAMPANELLA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK OF OMAHA, a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; EQUIFAX, INC., a foreign corporation;<br><br>Defendant. | Case No.:   2:16-cv-00916-RFB-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX, INC. WITH PREJUDICE** |

Under FRCP 41(a), Plaintiff, Antonio Campanella, through his counsel of record, Kevin L. Hernandez, voluntarily dismisses Equifax, Inc. with prejudice. Equifax, Inc. has not served an answer or filed a motion for summary judgment and the court has not set a trial date in this action. Plaintiff and Equifax, Inc. will bear their own attorney's fees and costs.

Dated: August 8, 2016.

**IT IS SO ORDERED**

DATED:  August 9, 2016



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez               .*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the preceding **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX, INC. WITH PREJUDICE** was electronically served to the following parties.

Joseph G. Went, Esq.
Nicole E. Lovelock, Esq.
**HOLLAND AND HART, LLP.**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
jgwent@hollandhart.com
nelovelock@hollandhart.com
*Attorneys for Defendant First National Bank of Omaha*

Jennifer Braster, Esq.
**MAUPIN NAYLOR BRASTER**
1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: August 8, 2016.

*/s/ Amanda Muick* .
Employee of Law Office of Kevin L Hernandez